IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ENTERTAINMENT BY J & J, INC.** <br><br> **Plaintiff,** <br><br> v. <br><br> **BRIDGES CAFE CORPORATE DEFENDANT** d/b/a **BRIDGES CAFE** <br><br> and <br><br> **KEVIN KONIECZNY** <br><br> **Defendants.** | Civil Action No.  02-03006(JF) |

### ENTRY OF APPEARANCE AND DEMAND FOR JURY TRIAL

Please enter my appearance as counsel for Defendants, BRIDGES CAFE and KEVIN KONIECZNY, in this action.

Defendants, BRIDGES CAFE and KEVIN KONIECZNY demand a jury trial in this action, pursuant to Fed. R. Civ. P. 38 and 57.

**GALERMAN & TABAKIN, LLP**

_____
JONATHAN J. SOBEL, ESQUIRE
Attorney for Defendant
I.D. #  76428
1420 Walnut Street, Suite 1420
Philadelphia, PA  19102
(215) 717-1100

Date:  July 11, 2002

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ENTERTAINMENT BY J & J, INC.<br><br>**Plaintiff,**<br><br>v.<br><br>**BRIDGES CAFE<br>CORPORATE DEFENDANT<br>d/b/a BRIDGES CAFE**<br><br>and<br><br>**KEVIN KONIECZNY**<br><br>**Defendants.** | Civil Action No. 02-03006(JF) |

## CERTIFICATE OF SERVICE

I, JONATHAN J. SOBEL, ESQUIRE, attorney for Defendants, hereby certify that I am duly authorized to make this certification; that on July 11, 2002, I did cause a true and correct copy of the foregoing *Entry of Appearance* to be mailed by United States regular mail, postage pre-paid, addressed as follows:

Ronald J. Harper, Esquire
**HARPER & PAUL**
140 West Malpewood Avenue
Philadelphia, PA  19144

**GALERMAN, TABAKIN & SOBEL,**


BY:_____
**JONATHAN J. SOBEL,
Attorney for Defendant**

Dated:     July 11, 2002

July 11, 2002

Clerk's Office
United States District Court - Eastern District of PA
601 Market Street, Room 2609
Phillidelphia, PA  19106

      **RE:  Entertainment by J & J, Inc. v. Bridges Cafe**
      **No.:  02-CV-3006(JF)**

Dear Sir / Madam:

    Enclosed please find an original and one copy of *Defendant's Entry of Appearance*, in the above matter.  Please file the original and return the copy in the enclosed self-addressed stamped envelope.

    Should you have any questions, please do not hesitate to contact the undersigned.

    Thank you for your anticipated cooperation.

                                Very truly yours,


                                JONATHAN J. SOBEL

JJS/cl
Enc.

cc:    Ronald Harper, Esquire *(w/enc.)*