**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **ENTERTAINMENT BY J & J, INC.** | |
|      **Plaintiff,** | |
|     **v.** | |
| **BRIDGES CAFE** | **Civil Action No.  02-03006(JF)** |
| **CORPORATE DEFENDANT** | |
| **d/b/a BRIDGES CAFE** | |
|     **and** | |
| **KEVIN KONIECZNY** | |
|     **Defendants.** | |

**ANSWER ON BEHALF OF DEFENDANTS, BRIDGES CAFE
and KEVIN KONIECZNY**

Defendants, Defendants, BRIDGES CAFE aDefendants, BRIDGES CAFE and KEVIDefenda

attorney, Jonathan J. Sobel, file this Answer to Plaintiff's Complaint and avers as follows:

**JURISDICTION**

1.      Admitted upon information and belief.

2.      Admitted upon information and belief.

3.      Admitted upon information and belief.

## PARTIES

4.4.    NeitherNeither admitted nor denied.  By wayNeither admitted nor denied.  By way of fur

withoutwithout sufficient information to eitherwithout sufficient information to either admit or deny the allegati

5.    Denied.Denied.  By way of furtherDenied.  By way of further response, BDenied.

authorizedauthorized to transact business as "Bridges Cafe".  Instead, Bridges Cafe isauthorized to transact b

whichwhich is owned by Defendant, Kevin Koniecznywhich is owned by Defendant, Kevin Konieczny as of O

location of Bridges Cafe is 5136 Torresdale Avenue, Philadelphia, PA  19124.

6.    Admitted.

## PRELIMINARY BACKGROUND

7.7.    NeitherNeither admitted nor denied.Neither admitted nor denied.  By way ofNeither adm

withoutwithout sufficient information to eitherwithout sufficient information to either admit or deny the allegat

8.8.    NeitherNeither admitted nor denied.  By wayNeither admitted nor denied.  By way of fur

withoutwithout sufficient information to either admitwithout sufficient information to either admit or deny the a

9.9.    Neither admittedNeither admitted nor denied.  By way of furtherNeither admitted nor den

withoutwithout sufficient information to eitherwithout sufficient information to either admit or deny the allegati

Further,Further, this averment contains conclusion(s) of law to which no response Further, this averment c

proofs will be demanded at the time of trial.

10.10. NeitherNeither admittedNeither admitted nor denied.  ByNeither admitted nor denied.  By

withoutwithout sufficientwithout sufficient information to either admit or denywithout sufficient information to

11.11. NeitherNeither admitted nor denied.Neither admitted nor denied.  By way ofNeither adm

withoutwithout sufficient information to either admit orwithout sufficient information to either admit or deny th

12.12. NeitherNeither admitted nor denied.  ByNeither admitted nor denied.  By way of further

withoutwithout sufficient information to eitherwithout sufficient information to either admit or deny the allegat

13.13. NeitherNeither admitted nor denied.  By way ofNeither admitted nor denied.  By way of

withoutwithout sufficient information towithout sufficient information to either admit or deny the allegationswi

2

14.    DeniedDenied.Denied.  By way of further response, tDenied.  By way of further avermentaverment is a conclusion of law to which no answer is required.  By way of further answer, after reasonablereasonable investigation, thereasonable investigation, the Defendant lacks sufficient knowledge or info asas to the truth of the averments set forth and, accordingly, thas to the truth of the averments set forth an proof thereof, if material, is demanded at the trial of this cause.

15.    Denied.Denied.  By way Denied.  By way of further response, theDenied.  By v avermentaverment is a conclusion of law to which no answer is required.  By way of further answer, after reasonablereasonable investigation, the Defendant lacksreasonable investigation, the Defendant lacks sufficient k asas to the truth of the averments set forth and, accordingly, the said avermentas to the truth of the avermen proof thereof, if material, is demanded at the trial of this cause.

16.    Denied.Denied.  By way of furtherDenied.  By way of further response, the alle avermentaverment is a conclusion of law to which no answer is required.  By way of further answer, after reasonablereasonable investigation, the Defendant lacks sufficient knowledgereasonable investigation, the Defen asas to the tras to the truth of the averments set forth and, accordingly, the said averment is denied.  Stas to proof thereof, if material, is demanded at the trial of this cause.

17.17.  Neither admitted norNeither admitted nor denied.  By way of furtherNeither admitted nor withoutwithout sufficient information to either admit orwithout sufficient information to either admit or deny th

18.    Denied.Denied.  By way of furtherDenied.  By way of further response, the alle avermentaverment is a conclusion of law to which no answer is required.  By way of further answer, after reasonablereasonable investigation, the Defendant lacksreasonable investigation, the Defendant lacks sufficient k asas to the truth oas to the truth of the avermentsas to the truth of the averments set forth and, accordingly, proof thereof, if material, is demanded at the trial of this cause.

19. 19.  Neither admitted nor denied.19.  Neither admitted nor denied.  By way of further re withoutwithout sufficient information to eitherwithout sufficient information to either admit or deny the allegat

## COUNT I

## VIOLATION OF 47 U.S.C. § 605

20.    Defendants'Defendants' hereby incorporate the allegations contained in Defendants' he

through 19 of Defendants' Answer to Plaintiff's Complaint.

21.    Denied.Denied.  By wDenied.  By way of further response, the allegations set for

avermentaverment is a conclusion of law to which no answer is required.  By way of further answer, after

reasonablereasonable investigation, the Defendant lacksreasonable investigation, the Defendant lacks sufficient k

asas to the truth of the averments set forth and, accordingly, the saidas to the truth of the averments set for

proof thereof, if material, is demanded at the trial of this cause.

22.    DeniedDenied.Denied.  By way of furDenied.  By way of further response, the a

avermentaverment is a conclusion of law to which no answer is required.  By way of further answer, after

reasonablereasonable investigation, the Defendant lacks sufficient knowledgereasonable investigation, the Defen

asas as to the truth of the averments set forth and, accordingly, the said averment is deas to the truth of the

proofproof thereof, if material, is demanded at the trial of this cause.  Iproof thereof, if material, is deman

committed any wrongful actions.

23.    Denied.Denied.  By way of further response, the allegDenied.  By way of further

avermentaverment is a conclusion of law to which no answer is required.  By way of further answer, after

reasonablereasonable investigation, the Defendant lacks sufficient knowledgereasonable investigation, the Defen

asas toas to the truth of tas to the truth of the averments set forth and, accordingly, the said averment is den

proof thereof, if material, is demanded at the trial of this cause.

24.    DenDenied.Denied.  By way of further response, the allegations setDenied.  By w

avermentaverment is a conclusion of law to which no answer is required.  By way of further answer, after

reasonablereasonable investigation, thereasonable investigation, the Defendant lacks sufficient knowledge or info

asas to the truth of tas to the truth of the averments seas to the truth of the averments set forth and, accordi

proofproof thereof, if material, is demanded at the trial of this cauproof thereof, if material, is demanded

entitledentitled to recoverentitled to recover damages from Defendants.  Further, it is deniedentitled to recover

statutes and/or interfered with Plaintiff's Proprietary rights.

25.    Denied.Denied.  By Denied.  By way of furtDenied.  By way of further response, De

4

informationinformation to either admit or deny the allegations contained in this averment. Furtinformation

allegations set forth in this averment is a conclusion of law to which no answer is required.allegations set forth

way of further answer, after reasonable investigation, the Defendant lacks sufficient knowledge

oror information to form a belieffor information to form a belief as to the truth of the averments set forth and, acc

avavermentaverment is denied.   Strict proof thereof, if material, is demanded at the trial of thaverment is

26.    Denied.Denied.  By way of further response, the allegDenied.  By way of further

avermentaverment is a conclusion of law to which no answer is required.  By way of further answer, after

reasonablereasonable investigation, thereasonable investigation, the Defendant lacks sufficient knowledge or info

asas to the truth of the averments set forth and, accordingly, the said averment isas to the truth of the averm

proofproof thereof, if material, is demanded at the trial of this cause. proof thereof, if material, is demand

committed any wrongful actions.

## COUNT II

## VIOLATION OF 47 U.S.C. § 553

27.    Defendants'Defendants' hereby iDefendants' hereby inDefendants' hereby incorporate

through 26 of Defendants' Answer to Plaintiff's Complaint.

28.    Denied.Denied.  By wDenied.  By way of further response, the allegations set for

avermentaverment is a conclusion of law to which no answer is required.  By way of further answer, after

reasonablereasonable investigation, the Defendant lacks sufficient knowledgereasonable investigation, the Defen

asas to the trutas to the truth of the avermeas to the truth of the averments set forth and, accordingly, the sa

proof thereof, if material, is demanded at the trial of this cause.

29.    DeniedDenied.Denied.  By way of furDenied.  By way of further response, the a

avermentaverment is a conclusion of law to which no answer is required.  By way of further answer, after

reasonablereasonable investigation, thereasonable investigation, the Defendant lacks sufficient knowledge or info

asas to the truth of the avermeas to the truth of the averments set forth aas to the truth of the averments set

proproofproof thereof, if material, is demanded at the trial of this cause.  It is denied that Defendants'

5

illegallyillegally and without authorization intercepted, received or otherwise assisted in the unauthorized

interception or receipt of the event.

30.    Denied.Denied.  By way of further reDenied.  By way of further response, the a

avermentaverment is a conclusion of law to which no answer is required.  By way of further answer, after

reasonablereasonable investigation, the Defendant lacksreasonable investigation, the Defendant lacks sufficient k

asas to the truth of the averments set forth and, accordingly, the saidas to the truth of the averments set for

proofproof thereof, if material, is demanded at the trial ofproof thereof, if material, is demanded at the trial of th

any illegalany illegal decoding device,any illegal decoding device, removing the decoder / converter box or by

31.    Denied.Denied.  By way of further response,Denied.  By way of further response

avermentaverment is a conclusion of law to which no answer is required.  By way of further answer, after

reasonablereasonable investigation, the Defendant lacksreasonable investigation, the Defendant lacks sufficient k

asas to as to the truth of the averments set forth and, accordingly, the said averment is denieas to the truth o

proofproof thereof, if material, is demanded at the trial ofproof thereof, if material, is demanded at the trial o

statutes or act willfully or for the purpose of commercial advantage or private financial gain.

32.    DeniedDenied.Denied.  By way of further response, tDenied.  By way of further

avermentaverment is a conclusion of law to which no answer is required.  By way of further answer, after

reasonablereasonable investigation, the Defendant lacksreasonable investigation, the Defendant lacks sufficient k

asas to thas to the truth of the as to the truth of the averments set forth and, accordingly, the said averment

proof thereof, if material, is demanded at the trial of this cause.

33.    Denied.Denied.  By way Denied.  By way of further respoDenied.  By way of f

avermentaverment is a conclusion of law to which no answer is required.  By way of further answer, after

reasonablereasonable investigation, the Defendant lacks sufficient knowledgereasonable investigation, the Defen

asas to the truth of the as to the truth of the averments set fas to the truth of the averments set forth and, ac

proofproof thereof, if material, is demanded at the trial of this cause.  It is denied that Defendaproof thereo

injured Plaintiff in any manner, whatsoever.

34.    Denied.Denied.  By way of Denied.  By way of further response, the allegations

avermentaverment is a conclusion of law to which no answer is required.  By way of further answer, after reasonablereasonable investigation, the Defendant lacksreasonable investigation, the Defendant lacks sufficient k asas to the truth of the averments set forth and, accordingly,as to the truth of the averments set forth and, a proofproof thereof, if material, is demanded at the trial of this cause.  It is denied that Defendants' have eveverever or never or now are continuing to receive, intercept, transmit and exhibit Plaintiff's programmin illegally.  Defendants' did not intercept, receive or publicly display on any occassion.

      35.    DDenied.Denied.  By way of further response, the allegDenied.  By way of furth avermentaverment is a conclusion of law to which no answer is required.  By way of further answer, after reasonablereasonable investigation, thereasonable investigation, the Defendant lacks sufficient knowledge or info asas to the truth of the averments set forth and, accordingly, the said averment isas to the truth of the averm proof thereof, if material, is demanded at the trial of this cause.

      **WHEWHEREFORE**,, Defendants, BRIDGES CAFE and KEVIN KONIECZNY, respectfullyrespectfully requests this Honorable Court dismiss Plaintiff's Complaint, withrespectfully requests judgmentjudgment should be entered in favor of answering Defendants and imposing attorney's fees, costs and any other appropriate relief this Honorable Court deems necessary.

      **GALERMAN, TABAKIN & SOBEL,**

      BY: _____
          JONATHAN J. SOBEL, ESQUIRE
          Attorney for Defendants

## AFFIRMATIVE DEFENSES

### AFFIRMATIVE DEFENSE ONE

    TheThe Plaintiff's Complaint fails to state a cause ofThe Plaintiff's Complaint fails to state a cause of ac

### AFFIRMATIVE DEFENSE TWO

    Plaintiff's claims are barred by the Statute of Limitations and/or Laches.

**AFFIRMATIVE DEFENSE THREE**

Plaintiff's claims are barred because of an express or implied contract and/or Release.

**AFFIRMATIVE DEFENSE FOUR**

Plaintiff's claims are barred because of statutory and/or common law.

**AFFIRMATIVE DEFENSE FIVE**

Plaintiff's claims are barred due to improper service of process.

**AFFIRMATIVE DEFENSE SIX**.

Plaintiff's claims are barred based upon the doctrine of consent.

**AFFIRMATIVE DEFENSE SEVEN**

Plaintiff'sPlaintiff's claims arePlaintiff's claims are barred because they lack standing to sue underPlaint

**AFFIRMATIVE DEFENSE EIGHTH**

Section 605 does not reach Defendant's Conduct

**AFFIRMATIVE DEFENSE NINTH**

SectionSection 605 is only applicable to satellite transmissions insofar was they are actual airborne transmissions.


**AFFIRMATIVE DEFENSE TENTH**

Plaintiff'sPlaintiff's Complaint lacks specificity as to how the close circuit broadcPlaintiff's Compla distributeddistributed or whether Defendants' publish cabledistributed or whether Defendants' publish cable prog or from satellite television.

**AFFIRMATIVE DEFENSE ELEVENTH**

Cable television descrambler does not facilitate interceptionCable television descrambler does not facili

**AFFIRMATIVE DEFENSE TWELFTH**

_____Statutory damages are not available under section 605.

**AFFIRMATIVE DEFENSE THIRTEENTH**

Plaintiff seeks a duplication of damages under sections 553 and 605.

8

**WHEREFORE,**, Defendants, BRIDGES , Defendants, BRIDGES CA, Defendants, BI

respectfullyrespectfully requests this Honorable Court dismiss Plaintiff's Complaint, withrespectfully requests t

judgment should be entered in favor of answering Defendants.

**GALERMAN, TABAKIN & SOBEL,**


BY: _____
    JONATHAN J. SOBEL, ESQUIRE
    Attorney for Defendants

IDENTIFICATION NO.:  76428
1420 Walnut Street, Suite 1420
Philadelphia, PA  19102
(215) 717-1100
(215) 717-1420
Attorneys for Defendants

**DATE:**  November 27, 2002

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **ENTERTAINMENT BY J & J, INC.** | |
|      **Plaintiff,** | |
|     **v.** | |
| **BRIDGES CAFE** | **Civil Action No.  02-03006(JF)** |
| **CORPORATE DEFENDANT** | |
| **d/b/a BRIDGES CAFE** | |
|     **and** | |
| **KEVIN KONIECZNY** | |
|     **Defendants.** | |

**VERIFICATION**

JONATHANJONATHAN J. SOBEL, ESQUIRE hereby state thatJONATHAN J. SOBEL, ESQUIRE h

action and verifies that the statements made in the foregoing Answeraction and verifies that the statements ma

bestbest of their knowledge, information and belief.  The undersigned understand that the statements

thereintherein are madetherein are made subject to the penalties of 18 Pa. C.S.A. §therein are made subject to the

toto authorities andto authorities and Rto authorities and Rule 11 of the Federal Rules of Civil Procedure,

pleadings, etc.

       **GALERMAN, TABAKIN & SOBEL,**


       **BY:** _____
            JONATHAN J. SOBEL, ESQUIRE

**DATE:**  November 27, 2002

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **ENTERTAINMENT BY J & J, INC.** | |
|       **Plaintiff,** | |
|     **v.** | |
| **BRIDGES CAFE** | **Civil Action No.  02-03006(JF)** |
| **CORPORATE DEFENDANT** | |
| **d/b/a BRIDGES CAFE** | |
|      **and** | |
| **KEVIN KONIECZNY** | |
|      **Defendants.** | |

**CERTIFICATE OF SERVICE**

I, JONATHAN J. SOBEL, ESQUIRE, attorney for Defendants, hereby certify that I am duly authorized to make this certification; that on November 27, 2002, I did cause a true and correct copy of the foregoing *Defendants' Answer and Affirmative Defenses to Plaintiff's Complaint* to be mailed by United States regular mail, postage pre-paid, addressed as follows:

> Ronald J. Harper, Esquire
> **HARPER & PAUL**
> 140 West Malpewood Avenue
> Philadelphia, PA  19144

**GALERMAN, TABAKIN & SOBEL,**


**BY:** _____
       **JONATHAN J. SOBEL,**
       **Attorney for Defendant**

Dated:     November 27, 2002

November 27, 2002

Clerk's Office
United States District Court - Eastern District of PA
601 Market Street, Room 2609
Philladelphia, PA  19106

     **RE:  Entertainment by J & J, Inc. v. Bridges Cafe**
     **No.:  02-CV-3006(JF)**

Dear Sir / Madam:

   Enclosed please find an original and one copy of *Defendant's Answer and Affirmative Defenses to Plaintiff's Complaint*, in the above matter.  Please file the original and return the copy in the enclosed self-addressed stamped envelope.

   Should you have any questions, please do not hesitate to contact the undersigned.

   Thank you for your anticipated cooperation.

       Very truly yours,


       JONATHAN J. SOBEL

JJS/cl
Enc.

cc:  Ronald Harper, Esquire *(w/enc.)*

November 27, 2002

Honorable John Fullam, U.S.D.J.
United States District Court - Eastern District of PA
601 Market Street, Room 15614
Philladelphia, PA  19106

              **RE:   Entertainment by J & J, Inc. v. Bridges Cafe**
              **No.:  02-CV-3006(JF)**

Dear Judge Fullam:

      Enclosed please find an original and one copy of *Defendant's Answer and Affirmative Defenses*, in the above matter.  Please file the original and return the copy in the enclosed self-addressed stamped envelope.

      Should you have any questions, please do not hesitate to contact the undersigned.

      Thank you for your anticipated cooperation.

                  Very truly yours,


                  JONATHAN J. SOBEL

JJS/cl
Enc.

cc:     Ronald Harper, Esquire *(w/enc.)*