**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **ENTERTAINMENT BY J & J, INC.** | |
| **Plaintiff,** | |
| v. | |
| **BRIDGES CAFE** | **Civil Action No. 02-03006(JF)** |
| **CORPORATE DEFENDANT** | |
| **d/b/a BRIDGES CAFE** | |
| and | |
| **KEVIN KONIECZNY** | |
| **Defendants.** | |

**O R D E R**

**AND AND NOW**, this       day of            , 2003, 2003,, 2003, upon consideration of, 2003, upon consideration of andand Kevin Konieczny's Motion to Compel Plaintiff, Entertainment by J & J, Inc.'s Responses to Defendant's Interrogatories and Request for Production of Documents, and any response thereto:

**IT IT IS** hereby **ORDERED** and **DECREED** that Defendants' Motion that Defendants' Motion to Compel is **GRAN**  Plaintiff,Plaintiff, Entertainment by J & J, Inc., is **ORDERED** and shall and shall provide complete and verified answers to Defendant's InterrogatoriesInterrogatories and full and complete responses to Defendants' First Request for Production of DocumentsInterrogatorie (10) days from the entry of this Order.

**BY THE COURT:**

_____
**FULLAM, U.S.D.C.J.**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ENTERTAINMENT BY J & J, INC. | |
| **Plaintiff,** | |
| v. | |
| BRIDGES CAFE CORPORATE DEFENDANT d/b/a BRIDGES CAFE | Civil Action No. 02-03006(JF) |
| and | |
| KEVIN KONIECZNY | |
| **Defendants.** | |

**DEFENDANT, BRIDGES CAFE AND KEVIN KONIECZNY'S MOTION TO COMPEL RESPONSES TO DEFENDANT'S INTERROGATORIES AND REQUEST FOR <u>PRODUCTION OF DOCUMENTS</u>**

   **AND NOW**, comes Defendant, Bridges Cafe and Kevin Koeniczny's Motion to Compel Plaintiff, Entertainment by J & J, Inc. to provide full, complete and verified answers to Defendant's Interrogatories and to provide fully responsive documents to Defendants' Request for Production of Documents and in support of same, Defendant avers as follows:

   1. On or about December 11, 2000, Defendants, Bridges Cafe and Kevin Koeniczny served Interrogatories and Request for Production of Documents upon Plaintiff, Entertainment by J & J, Inc., by and through counsel. (See Exhibit "A".).

   2. Plaintiff has not responded to Defendants' Interrogatories although the time for response under Fed. R. Civ. P. 33 has elapsed.

   3. Plaintiff has not responded to Defendants', Request for Production of Documents although the time for response under Fed. R. Civ. P. 34 has elapsed.

   4. Defendants' are entitled to discovery of the circumstances surrounding the incident, any types of investigation, names of expert witnesses, etc. on the ground that the information sought is not privileged and relevant to the subject matter involved in the pending action. The information sought is reasonably calculated to lead to the discovery of admissible evidence.

   5. Counsel for the Defendants' has made a reasonable effort to reach agreement with opposing attorneys on the matters set forth in this motion but has failed to resolve this discovery dispute. On January 13, 2003, Defendants' counsel forwarded a letter to Plaintiff's counsel again requesting answers to Defendant's interrogatories. Plaintiff's counsel has failed to respond accordingly. (<u>See</u> Exhibit "B".).

   6. Pursuant to Local Rule 26.1(f), Plaintiff's attorney has made reasonable effort to resolve this discovery dispute, however it has been unsuccessful and now requires the intervention of this Honorable Court.

      7.      Pursuant to Local Rule 26.1(g) of the United States District Court for the Eastern District of Pennsylvania, no accompanying brief need be filed.

      8.      Lastly, Local Rule 26.1(g) does not require the attachment of the interrogatories.

      9.      The instant Motion is filed in good faith after a reasonable effort was made to obtain the requested discovery, without court action and any objections [sic] by Plaintiff is not "substantially justified".

**WHEREFORE**, Defendants, Bridges Cafe and Kevin Koeniczny respectfully request this Honorable Court Order Plaintiff to provide complete and verified answers to Defendants' Interrogatories and to provide fully responsive documents to Defendants' Request for Production of Documents within ten (10) days from the entry of this Order.

           Respectfully submitted,

           **GALERMAN & TABAKIN, LLP**


           BY:_____
               JONATHAN J. SOBEL
               Attorney for Defendant

Date:    January 23, 2003

## CERTIFICATION OF CONCURRENCE

PursuantPursuant to Local Rule 26.1(f), of the LocalPursuant to Local Rule 26.1(f), of the Local Rules of Civil Procedure, fo forfor the Eastern District of Pennsylvania, this Motion is presented after the partiesfor the Eastern District of Pennsylvania, this Mot are unable to resolve the dispute.

**DATE:**                                                             JONATHAN J. SOBEL, ESQ.

**EXHIBIT "A'**

EXHIBIT "A'

December 11, 2002

Ronald J. Harper, Esquire
**HARPER & PAUL**
140 West Malpewood Avenue
Philadelphia, PA  19144

        **RE:**    **Entertainment by J & J, Inc. v. Bridges Cafe, et al.**
        **No.:**   **02-cv-03006(JF)**

Dear Mr. Harper:

    EnclosedEnclosed pleaseEnclosed please find an original and one copy of ***Defendants, Kevin Konieczny and Bridges Cafe's F*** *ofof Request for Production of Documents addressed to Plaintiff, Entertainment by J & J, Inc.,*,, in the above matter.
Kindly respond to same within the time frame alloted by F.R.C.P. 34.

    Additionally,Additionally, enclosed please find an original and one copy of ***Defendant, Defendant, KeDefendant, Kevin*** *Cafe'sCafe's First Set of InterrogatoriesCafe's First Set of Interrogatories addressed to Plaintiff, Entertainment by J &Cafe's First Se* respond to same within the frame alloted by F.R.C.P. 33.

    ShouldShould you have any questions regarding the contents of this lettShould you have any questions regarding the co undersigned.

                Very truly yours,

                **GALERMAN, TABAKIN & SOBEL,**

                JONATHAN J. SOBEL

JJS/cl
Enc.

5

**EXHIBIT "B"**

EXHIBIT "B"

January 13, 2003

Sharon N. Harvey, Esquire
**HARPER & PAUL**
140 West Malpewood Avenue
Philadelphia, PA 19144

    **RE:** **Entertainment by J & J, Inc. v. Bridges Cafe, et al.**
    **No.:** **02-cv-03006(JF)**

Dear Ms. Harvey:

  PleasePlease be advised that I received the enclosed documents under cover of lettPlease be advised that I received the Curiously,Curiously, the letter isCuriously, the letter is addressed to an "Attorney Kerry", at my address and officeCuriously, the le self-explanatory and appears to be directedself-explanatory and appears to be directed towards someoneself-explanatory and appears fact intended for me, they are rather incomplete and do not include any attachments.

  I make no comments regarding the contents of this apparently mistaken transmission.

  Further, in reviewing my file, IFurther, in reviewing my file, I seeFurther, in reviewing my file, I see that you have not yet for Production of Documents which were served on **December 11, 2002.**

  ThisThis request is being made pursuant to F.R.C.P. 37 and L.R. Civ. P. 26.1(f). Please consider this as a good faith attempt to resolve this discovery dispute without the need for judicial intervention.

  IfIf theIf there is any If there is any reason why I cannot expect these answers within five (5) days from the date of this le please advise.

**PAGE -2-**
**January 13, 2003**
**Sharon N. Harvey, Esquire**

      ShouldShould you have any questions regarding the contents of this letter, please do not heShould you have any questio undersigned.

      Very truly yours,

      **GALERMAN & TABAKIN, LLP**


      JONATHAN J. SOBEL

JJS/cl
Enc.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ENTERTAINMENT BY J & J, INC.** | |
| **Plaintiff,** | |
| v. | |
| **BRIDGES CAFE**<br>**CORPORATE DEFENDANT**<br>**d/b/a BRIDGES CAFE** | Civil Action No.  02-03006(JF) |
| and | |
| **KEVIN KONIECZNY** | |
| **Defendants.** | |

**CERTIFICATE OF SERVICE**

      I hereby certify that service of a true and correct copy of the foregoing Motion was served via

First Class Mail, postage pre-paid, upon:

Ronald J. Harper, Esquire
Sharon N. Harvey, Esquire
**HARPER & PAUL**
140 West Malpewood Avenue
Philadelphia, PA  19144

                                                          Respectfully submitted,

                                                          **GALERMAN & TABAKIN, LLP**

                                                          BY:_____
                                                              JONATHAN J. SOBEL
                                                              Attorney for Defendant

Date:    January 23, 2003