IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ENTERTAINMENT BY J&J, INC. | : : : | CIVIL ACTION |
| v. | : : | |
| BRIDGES CAFÉ, et al. | : : : | NO. 02-3006 |

### ORDER

AND NOW, this            day of March, 2003, upon consideration of Defendants' second Motion to Compel Responses to Interrogatories and Request for Production of Documents, **IT IS ORDERED** that the Defendants' Motion is **DENIED** as moot.

_____
John P. Fullam, Sr. J.