IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| ENTERTAINMENT BY J & J, INC. | : | Date of Notice:<br>June 2, 2003 |
| vs. | : |  |
| BRIDGES CAFE | : | CIVIL ACTION NO. 02-3006 |

    TAKE NOTICE that the above-captioned matter is scheduled for __TRIAL__ in the United States District Court, United States Courthouse, 601 Market Street, Philadelphia, PA, before the Honorable John P. Fullam, on July 7, 2003, at 10:00 A.M., in Courtroom No. 15-A.

    If trial counsel is on trial or otherwise engaged at the time of the scheduled trial, another attorney in such trial counsel's office should appear.

    THE MATTER WILL BE CONTINUED TO ANOTHER DATE ONLY IN EXCEPTIONAL CASES.

    Very truly yours,

    Rosalind Burton-Hoop
    Deputy Clerk to Judge Fullam

COPIES BY MAIL ON __6/2/03__ TO: Sharon N. Harvey, Esquire
                                      Ronald J. Harper, Esquire
                                      Jonathan J. Sobel, Esquire