IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ENTERTAINMENT BY J & J, INC.  :  CIVIL ACTION

    vs.       :

BRIDGES CAFE       :  NO. 02-3006

## <u>O R D E R</u>

    **AND NOW**, this 5th day of June, 2003, it having been reported that the issues between **PLAINTIFF ENTERTAINMENT BY J & J, INC.** and **DEFENDANT BRIDGES CAFE** have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court (effective January 1, 1970), it is

    **ORDERED** that this action is DISMISSED with prejudice, pursuant to agreement of counsel, without costs, as to the above named parties only.

ATTEST:      or  BY THE COURT:

BY:_____   _____
  Rosalind Burton-Hoop    JOHN P. FULLAM, Sr. J.
   Deputy Clerk

COPIES BY MAIL ON  6/5/03  TO:  Sharon N. Harvey, Esquire
          Jonathan J. Sobel, Esquire

Civ 12 (7/95)